IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROL L. BAKER, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 3:11-CV-3497-M-BH |
| | § |
| CAROLYN W. COLVIN, ACTING | § |
| COMMISSIONER OF THE SOCIAL | § |
| SECURITY ADMINISTRATION, | § |
| | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Petition to Obtain Approval of a Fee for Representing a Social Security Claimant*, filed August 14, 2014 (doc. 30), is **GRANTED,** and the plaintiff's counsel is hereby awarded $17,637.71 in attorney's fees.

SIGNED this 1st day of December, 2014.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE